DAVID F. MCDOWELL (BAR NO. 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California  90013-1024
Telephone:  213.892.5200
Facsimile:   213.892.5454

REBEKAH KAUFMAN (BAR NO. 213222)
RKaufman@mofo.com
MARGARET MAYO (BAR NO. 259685)
MMayo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:   415.268.7522

Attorneys for Defendant Hartford Life and Annuity
Insurance Company

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| UPLAND ANIMAL HOSPITAL, INC., a California corporation; CLAUS HELSTED, individually and as Trustee of the Upland Animal Hospital, Inc. Defined Benefit Pension Plan, | Case No. SACV11-1343 DOC (ANx) |
| Plaintiffs, | **ORDER APPROVING THE PARTIES' STIPULATION REGARDING PLAINTIFFS' DISCLAIMER OF FEDERAL CLAIMS AND REMAND TO CALIFORNIA SUPERIOR COURT** |
| v. | |
| DIVERSIFIED VETERINARY MANAGEMENT CORPORATION, a California corporation; SENEX INSURANCE SERVICES, INC., a California corporation; HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, a Connecticut corporation; SIMS INSURANCE SERVICES, INC., a California corporation; ERIC W. SIMS, an individual; and DOES 1 through 25, inclusive, | [Orange County Superior Court Case No. 30-2011-00479421] |
| Defendants. | |

sf-3044230

**ORDER**

The Court, having reviewed the parties' stipulation of October 4, 2011, regarding Plaintiffs' disclaimer of any and all federal claims, and good cause showing, hereby orders as follows:

In light of Plaintiffs' disavowal and disclaimer of any and all claims or causes of action arising under federal law, including but not limited to claims arising under the Securities Exchange Act of 1934 (*see* 15 U.S.C. § 78a *et seq.*), Rule 10b-5 (*see* 17 C.F.R. § 240.10b-5), and the Employee Retirement Income Security Act of 1974 (29 U.S.C. § 1001 *et seq.*), this case is hereby remanded to Orange County Superior Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: October 11, 2011

_DAVID O. CARTER_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE